MANUFACTURERS TRUST COMPANY, as Trustee, Appellant,
    v. ROERICH MUSEUM et al., Respondents, Impleaded
    with Others.

(Submitted October 24, 1932; decided October 28, 1932.)

Motion to amend remittitur denied, without costs.
(See 260 N. Y. 562.)


In the Matter of NICHOLAS L. LEONE, Appellant, against
    HARRY J. BREWER et al., Constituting the Building
    Commission of the Town of Mamaroneck, Respondents.

(Submitted October 24, 1932; decided October 28, 1932.)

Motion for reargument and to amend remittitur denied,
with ten dollars costs and necessary printing disburse-
ments. (See 259 N. Y. 386.)